**SHAKED LAW GROUP, P.C.**
44 Court Street, Suite 1217
Brooklyn, New York 11201
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARION KILER, Individually and as the representative of a class of similarly situated persons,

                                Plaintiff,

                          - against -

GRACE AND LACE, LLC,

                               Defendant.
-------------------------------------------------------------X

Case No. 1:19-cv-928-NGG-SJB

## **NOTICE OF VOLUNTARY DISMISSAL**

Marion Kiler, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i) hereby provides notice of voluntary dismissal, with prejudice and without costs, of the above-referenced matter against Grace and Lace, LLC. No Answer has been filed in this case.

Dated: Brooklyn, New York
        May 8, 2019

                                                 SHAKED LAW GOUP, P.C.
                                                 Attorneys for Plaintiff

                                                 By:*/s/Dan Shaked*_____
                                                    Dan Shaked (DS-3331)
                                                    44 Court St., Suite 1217
                                                    Brooklyn, NY 11201
                                                    Tel. (917) 373-9128
                                                    Fax (718) 704-7555
                                                    e-mail: ShakedLawGroup@Gmail.com